## (June 19, 1961)

■ DAVID BELL, Appellant, v. ROBERT SEGURA, Also Known as ROBERT S. CLARK, Respondent.— Motion by respondent for leave to appeal to this court from an order of the Appellant Term and for a stay of all proceedings, denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ (A) LESLIE DONNELLY, an Infant, by RUTH DONNELLY, Her Guardian ad Litem, et al., Appellants, v. SUNNYSIDE GARDENS COMMUNITY ASSOCIATION, INC., Respondent. (B) SAL J. PIAZZA, Respondent, v. FRED P. GOLDHIRSCH, Appellant.— [In each action] Motion by respondent to dismiss appeal[s] granted, with $10 costs; appeal[s] dismissed. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ LILLIAN GARTH, Appellant, v. SAFEWAY STORES, INCORPORATED, et al., Respondents.— Motion by appellant to dispense with the printing of the record and for leave to prosecute the appeal on a typewritten record, granted. Appellant is directed to file two copies of the typewritten record and to serve one copy on respondents. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of BERNARD L. BROOME, an Attorney, Respondent. DENIS M. HURLEY, Petitioner.— Motion by respondent for stay of disbarment order, pending determination of his appeal in the Court of Appeals, denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ In the Matter of GERALD CHIARIELLO, an Attorney, Respondent. DENIS M. HURLEY, Petitioner.— In a proceeding under section 90 of the Judiciary Law, to discipline respondent, an attorney, motion by petitioner to confirm the Special Referee's report, recommending disbarment, granted; report confirmed, respondent disbarred and his name stricken from the roll of attorneys. Nolan, P. J., Ughetta, Christ and Brennan, JJ., concur; Pette, J., dissents and votes to confirm the report to the extent of suspending respondent for three years, with the following memorandum: Under all the circumstances, particularly respondent's excellent background, his youth and inexperience at the Bar, and the unsettled state of the law with respect to an attorney's right to plead the Fifth Amendment at the time he testified, I believe that the drastic punishment of disbarment is unwarranted and that a suspension of three years would better serve the ends of justice.

■ In the Matter of LOUIS GRAYNOR.— Upon the Report of the Committee on Character and Fitness, to whom this application had been referred for investigation, the application is granted; the applicant is reinstated as a member of the Bar. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of the Estate of BECKIE HARRISON, Deceased. MAX HARRISON, Appellant; LEONARD HARRISON et al., Respondents.— Motion by appellant for a stay of all proceedings, pending appeal, denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.